IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00957-RPM-MJW

CARL RODRIGUEZ,

    Plaintiff,

v.

CREDIT SYSTEMS, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [17] filed today, it is

ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED:  September 26th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge